# Third District Court of Appeal

## State of Florida

Opinion filed May 4, 2022.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-2313
Lower Tribunal No. F13-28045

————————

**Athanael Louis, Jr.,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Marisa Tinkler Mendez, Judge.

Athanael Louis, Jr., in proper person.

Ashley Moody, Attorney General, for appellee.

Before EMAS, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.